Opinion filed July 30, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed July 30,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00108-CV

                                                    __________

 

                                 JAMES ANDREW LANCE, Appellant

 

                                                             V.

 

                             DEBORAH
ELIZABETH LANCE, Appellee

 



 

                                         On
Appeal from the 231st District Court

 

                                                         
Tarrant County, Texas

 

                                            Trial
Court Cause No. 231-427331-07

 



 

                                            M
E M O R A N D U M    O P I N I O N

The
parties have filed in this court a motion to set aside the judgment and remand
the cause to the trial court for disposition pursuant to an agreement.  The
motion is granted.

The
judgment of the trial court is reversed, and the cause is remanded to the trial
court.

 

PER CURIAM

July 30, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.